Douglas Baek (SBN: 258321)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 Ext. 244
Fax: 866-829-5083
dbaek@consumerlawcenter.com
Attorneys for Plaintiff
ANNA VARDANYAN

JS-6

Franklin J. Love (SBN: 80334)
800 S Barranca Ave Ste 100
Covina CA 91723
Tel: 626-653-0455
Fax: 626-653-0465
office@fjlovelaw.com
Attorney for Defendant,
CMRE FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA VARDANYAN, | Case No. 8:11-cv-01474-JVS-JCG |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CMRE FINANCIAL SERVICES, INC., | |
| Defendant. | |

Upon the conclusion of the Court Trial on December 4, 2012, the Court enters judgment in favor of Plaintiff, Anna Vardanyan ("Plaintiff"), and against Defendant, CMRE Financial Service, Inc. ("Defendant"). The Court incorporates by reference all ruling and findings of fact and law, stated on the record at the conclusion of trial. The Court awards $110.00 as damages to Plaintiff to be paid by Defendant within fourteen (14) days of this Judgment. Further, as the prevailing party, Plaintiff shall recover all court costs and reasonable attorney's fees, to be determined by the Court based on Plaintiff's Motion for Attorney's Fees and Costs.

Dated: December 10, 2012

_____
Honorable James V. Selna
US District Court Judge